UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH CALABRESE, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-CV-00800-KJD-GWF |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Before the Court is a petition for writ of habeas corpus transferred to this Court from the Ninth Circuit Court of Appeals. The Circuit Court advises that no application to proceed in *forma pauperis* was received and that the same will be required. Moreover, the petition is not on the proper form and does not include the necessary information to allow the Court to review and assess the claims alleged. Rather, it presents a list of "newly discovered evidence" which is, in fact, a list of allegations of illegal or improper actions on the part of various public officials. Rather than dismiss the action outright because of its form and content, the Court will direct the Clerk of Court to send petitioner the proper form and instructions for pursuit of a § 2254 petition including an application for in *forma pauperis* status.

**IT IS THEREFORE ORDERED** that the Clerk shall **send to petitioner** a set of forms

1 and instructions for filing an application to proceed in *forma pauperis* and for a § 2254 petition, along
2 with a copy of his proposed petition.  Petition shall have **forty-five (45) days** from entry of this Order
3 to resubmit his petition conforming it to the instructions provided with the petition form and answering
4 all questions for each ground for relief.  Failure to follow the directives of this Court may result in
5 dismissal of this petition.

      DATED:  May 22, 2012

_____
UNITED STATES DISTRICT JUDGE