**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH CALABRESE, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-CV-00800-KJD-GWF |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Before the Court is a petition for writ of habeas corpus transferred to this Court from the Ninth Circuit Court of Appeals. On May 22, 2012, this Court directed petitioner to pay the filing fee or submit an application to proceed in forma pauperis and to submit an amended petition on the proper required form. ECF No. 2. *See* Local Rules of Special Proceedings Rule 3-1. The Clerk sent copies of the forms to petition that same day. *Id.*

As of the date of this Order, petitioner has failed to comply with the order of the Court. The matter shall, therefore, be dismissed.

**IT IS THEREFORE ORDERED** that petition is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Order of the Court. The Clerk shall enter judgment accordingly.

Dated this   26   day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE