**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH CALABRESE, | ) | |
| Petitioner, | ) | 2:12-CV-00800-KJD-GWF |
| vs. | ) | |
| | ) | ORDER |
| ROBERT LEGRAND, et al., | ) | |
| Respondents. | ) | |

This matter was opened by petitioner Joseph Calabrese through his purported "Appellant's Secondary Witness and Next Friend Assistance of Counsel - Reggie Logan" on an incomplete and incomprehensible petition for writ of habeas corpus, without the payment of the required $5 filing fee or an application to proceed in forma pauperis. When given the opportunity to remedy the deficiencies of this action, petitioner declined to do so and the Court dismissed the petition without prejudice. *See* ECF Nos. 4 and 5.

Petitioner has now filed a response to that Order, submitted with the assistance of the same Reggie Logan. The Response purports to present "Proof of Massive Corruption" within the courts of California and Nevada and includes copies of various state and federal court orders related to petitioner's criminal prosecution and appeals, as well as various police reports. The document complains of having a previous writ dismissed by the Clerk of the Ninth Circuit Court of Appeals and the purported meaning or effect of various Federal Rules of Appellate Procedure. The relief petitioner seeks through this filing is unclear and unstated.

1  This matter having been dismissed without prejudice and judgment entered on
2 petitioner's failure to conform to the Order of the Court and due to deficiencies not corrected by
3 petitioner, the Court directs the Clerk that no further documents shall be accepted for filing in this case
4 except a Notice of Appeal.

5  **IT IS SO ORDERED**.
6  DATED: September 11, 2012

_____
UNITED STATES DISTRICT JUDGE